# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ESTATE OF JACQUELINE ABRAMS,  :    No. 3:23cv307
by Reynaldo Marcano,  :
             Plaintiff  :    (Judge Munley)
  :
      v.  :
  :
  :
CRESTBROOK INSURANCE  :
COMPANY, a division of Nationwide,  :
          Defendant  :

## ORDER

**AND NOW**, to wit, this 12th day of June 2024, for the reasons set forth in the accompanying memorandum, the defendant's motion to dismiss bad faith claims from plaintiff's complaint (Doc. 6) is hereby **DENIED**.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court