## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ESTATE OF JACQUELINE ABRAMS  :     No. 3:23cv307
BY REYNALDO MARCANO,         :
ADMINISTRATOR,              :     (Judge Munley)
         Plaintiff,     :
                        :
     v.                   :
                        :
CRESTBROOK INSURANCE       :
COMPANY,                 :
         Defendant    :

## ORDER

**AND NOW**, to wit, this \_\_\_\_ day of June 2026, upon consideration of the defendant's motion for summary judgment, (Doc. 33), it is hereby **ORDERED** that:

1. The defendant's motion, (Doc. 33), is **GRANTED** in part and **DENIED** in part;

2. The motion is **GRANTED** as to plaintiff's bad faith claim;

3. The motion is **DENIED** as to the breach of contract claim; and

4. A pre-trial conference will be scheduled by way of separate court order.

BY THE COURT

JUDGE JULIA K. MUNLEY
United States District Court